Commonwealth *v.* Mullin, Appellant.

Submitted December 12, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*James A. Mullin,* appellant, in propria persona.

*Charles L. Durham* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 14, 1960:

The judgment of the Court of Quarter Sessions of the Peace of Philadelphia County is affirmed on the opinion of President Judge HAGAN for the court below, reported at 22 Pa. D. & C. 2d 621.